# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### AT MARTINSBURG

**MIGUEL ANGEL DELGADO,**

        **Plaintiff,**

**v.**                                          **CIVIL ACTION NO.  3:04CV29**
                                                        **(BROADWATER)**

**EDWARD RUDLOFF, Administrator;**
**LIEUTENANT BENJAMIN SHREVE;**
**FIRST SERGEANT COOK AND**
**EMPLOYEES OF THE EASTERN**
**REGIONAL JAIL;**

        **Defendants.**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day  the above styled case came before the Court for consideration of the Report and

Recommendation of Magistrate Judge James E. Seibert, dated July 27, 2005.  On August 8, 2005, the

defendants filed objections to the Report.  Therefore, in the interests of justice and in accordance with

28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review. After reviewing the above, the

Court is of the opinion that the Magistrate Judge's Report and Recommendation should be and is

hereby **ORDERED** adopted.  The Court further **ORDERS** that Defendants' Motion to Dismiss or

in the Alternative for Summary Judgment **(Docket # 22)** is hereby **DENIED**.

The Clerk is directed to transmit true copies of this Order to the plaintiff and all counsel of

record herein.

**DATED**  this **29th** day of September 2005.

**W. CRAIG BROADWATER**
**UNITED STATES DISTRICT JUDGE**