# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**MIGUEL ANGEL DELGADO,**

    **Plaintiff,**

v.                             Civil Action No. 3:04cv29

**EDWARD RUDLOFF, et al.,**

    **Defendants.**

## ORDER DENYING MOTION AS MOOT

On April 16, 2007, 2007, the plaintiff filed a document titled "Plaintiff's Motion For Status of Court's Seeking Counsel To Assist Plaintiff With The Preparation of Trial." On October 10, 2007, a Paperless Order was entered noting that Robert G. McCoid, Esq., has agreed to represent the plaintiff, and the docket sheet has been amended to note his appearance. Therefore, the plaintiff's Motion (Doc. 98) is **DISMISSED** as moot.

    IT IS SO ORDERED.

    The Clerk is directed to provide a copy of this Order to the plaintiff and counsel of record.

DATED: October 24, 2007

                                                                   /s/ James E. Seibert
                                                                    JAMES E. SEIBERT
                                                                    UNITED STATES MAGISTRATE JUDGE