IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MIGUEL DELGADO,

    Plaintiff,

v.        CIVIL ACTION NO. 3:04CV29

EDWARD RUDLOFF, ET AL.,

    Defendants.

## **ORDER**

At the request of counsel for both parties who advised neither was available at 1:30 p.m., November 19, 2007, the pre-trial conference and final settlement conference is **CONTINUED** until **2:00 p.m., Monday, November 26, 2007**. All deadlines in the scheduling order for November 19, 2007 are **RESET for November 26, 2007**.

IT IS SO ORDERED.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: November 15, 2007

        /s/ James E. Seibert
        JAMES E. SEIBERT
        UNITED STATES MAGISTRATE JUDGE